O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| TRACY LEE DOTSON, | ) | Case No. CV 08-3817-CAS(AJW) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| ATTORNEY GENERAL OF THE | ) | |
| STATE OF CALIFORNIA, | ) | |
| | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: October 14, 2008

*Christine A. Snyder*

_____
Christina A. Snyder
United States District Judge